ACCEPTED
06-15-00202-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/11/2015 8:33:18 AM
DEBBIE AUTREY
CLERK

## NO. 06-15-00202-CR

| | | |
|---|---|---|
| **EX PARTE ROY BAILEY** | § | **IN THE SIXTY COURT OF APPEALS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/11/2015 8:33:18 AM
DEBBIE AUTREY
Clerk

### MOTION TO DISMISS APPEAL

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes, Roy Bailey, Appellant, in the above styled and numbered cause, by and through his attorney of record, Rick C. Shumaker, and for this Motion to Dismiss would show unto the Court as follows:

1.     That on the 10th day of December, 2015 the Bowie County Grand Jury did not return a Bill of Indictment against the Appellant and as a result the charges were dismissed.

2.     That the issue in this case is hereby moot and Appellant moves that this Court dismiss this appeal

WHEREFORE, PREMISES CONSIDERED, the Appellant prays that this matter be dismissed.

Respectfully Submitted

*/s/ Rick C. Shumaker*
SBC No. 18325300
**Bowie County Pub. Def. Office**
424 West Broad Street
Texarkana, Texas 75501
(903) 792 2012
Fax - (903) 792 2065
Rick.Shumaker@txkusa.org

### CERTIFICATE OF SERVICE

I certify a true and correct copy of the above Notice of Appeal was forwarded to the Bowie County Texas District Attorney by efiling on this 11th day of December, 2015.

*/s/ Rick C. Shumaker*